UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDY M. STONE,<br><br>                             Petitioner,<br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>                            Respondents. | Case No. 3:22-cv-00136-ART-CLB<br><br>**Order Granting Extension of Time to File Amended Petition to April 24, 2023**<br><br>(ECF No. 29) |

       28 U.S.C. § 2254 habeas corpus petitioner Randy M. Stone moves the court for an extension of time to file an amended petition. (ECF No. 29.) Good cause appearing,

       **IT IS ORDERED** that petitioner's unopposed motion for extension of time to file an amended petition (ECF No. 29) is **GRANTED** *nunc pro tunc*. **The deadline to file an amended petition is extended to April 24, 2023**.

       DATED THIS 24th day of March 2023.

                                                        ANNE R. TRAUM<br>                                                        UNITED STATES DISTRICT JUDGE