UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDY M. STONE,<br><br>　　　　　　　　　Petitioner,<br>v.<br>STATE OF NEVADA, *et al.*,<br>　　　　　　　　　Respondents. | Case No. 3:22-cv-00136-ART-CLB<br><br>**Order Granting Extension of Time to File Amended Petition to July 24, 2023**<br><br>(ECF No. 33) |

28 U.S.C. § 2254 habeas corpus petitioner Randy M. Stone moves the court for an extension of time to file an amended petition. (ECF No. 33.) Good cause appearing,

**IT IS ORDERED** that petitioner's unopposed second motion for extension of time to file an amended petition (ECF No. 33) is **GRANTED** *nunc pro tunc.* **The deadline to file an amended petition is extended to July 24, 2023**.

DATED THIS 24th day of April 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1