UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDY M. STONE,<br><br>　　　　　　　　　　Petitioner,<br>v.<br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 3:22-cv-00136-ART-CLB<br><br>**Order Granting Extension of Time to File Amended Petition to October 23, 2023**<br><br>(ECF No. 35) |

　　　28 U.S.C. § 2254 habeas corpus petitioner Randy M. Stone moves the court for an extension of time to file an amended petition. (ECF No. 35.) Good cause appearing,

　　　IT IS ORDERED that petitioner's unopposed third motion for extension of time to file an amended petition **(ECF No. 35) is GRANTED**. **The deadline to file an amended petition is extended to October 23, 2023**.

　　　DATED THIS 21st day of July 2023.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE