UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDY M. STONE,<br><br>　　　　　　Petitioner,<br>　v.<br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:22-cv-00136-ART-CLB<br><br>**Order Granting Motion to Vacate Deadline to File Amended Petition**<br><br>(ECF No. 38) |

　　　The Court granted 28 U.S.C. § 2254 habeas corpus petitioner Randy M. Stone's motion for discovery and directed Stone to notify the Court when he completes discovery. (ECF No. 37.)  As discovery is ongoing, the Court grants Stone's motion to vacate the deadline to file an amended petition. (ECF No. 38.)

　　　It is therefore ordered that Petitioner's unopposed motion to vacate the deadline to file an amended petition **(ECF No. 38) is GRANTED**.

　　　It is further ordered that after Petitioner notifies the Court that discovery has been completed, the Court will issue a scheduling order for the filing of an amended petition.

　　　DATED THIS 24th day of October 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1